IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROL BURNETT PICKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:12cv113-WHA |
| | ) |
| DOLLAR GENERAL STORES, et al., | ) (WO) |
| | ) |
| Defendants. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on February 21, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this 21st day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE